# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Firestorm Labs, Inc.

*Plaintiff*

V.

Rapidflight Holdings LLC

*Defendant*

Civil Action No. 24-cv-2387-JLS-JLB

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Nathan Millikan
11452 El Camino Real, Ste 300
San Diego, CA 92130
858-720-5723

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/18/24



John Morrill
*CLERK OF COURT*

S/          S. Nyamanjiva
*Signature of Clerk or Deputy Clerk*